1
2
3
4      **UNITED STATES DISTRICT COURT**
5      **CENTRAL DISTRICT OF CALIFORNIA**
6

| TACORI ENTERPRISES, | Case No.: 2:22-cv-03739-SVW-GJS |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| BLUE NILE, INC., KGK JEWELLERY MANUFACTURING LTD., AND GOLDSTAR JEWELLERY LLC. | |
| Defendants. | |
| KGK JEWELLERY MANUFACTURING LTD. | |
| Counterclaimant, | |
| v. | |
| TACORI ENTERPRISES, | |
| Counterdefendant. | |

**[PROPOSED] ORDER**

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. Pursuant to a confidential settlement agreement and stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this entire action, including all claims and counter-claims of any party, is hereby dismissed in its entirety with prejudice;
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and
3. The Court hereby reserves continuing and exclusive jurisdiction over the parties' confidential settlement agreement, including all future proceedings concerning the administration, consummation, and enforcement of the agreement and any other issues relating to this litigation.

**IT IS SO ORDERED.**

DATED: _____July 28_____, 2023

_____
Hon. Judge Stephen V. Wilson
United States District Judge

**[PROPOSED] ORDER**